| | | |
|---|---|---|
| STATE v. JENNINGS<br>No. 13-411 | Mecklenburg<br>(00CRS25816)<br>(07CRS201598) | Dismissed |
| STATE v. JONES<br>No. 13-6 | Edgecombe<br>(10CRS3237)<br>(10CRS51615)<br>(10CRS52242-43) | No error in part<br>and reversed in part. |
| STATE v. MCCLAIN<br>No. 13-371 | Wake<br>(12CRS5589) | No Error |
| STATE v. MCKENZIE<br>No. 13-294 | Onslow<br>(11CRS50379)<br>(11CRS50381-83) | No Prejudicial Error |
| STATE v. MEGGETT<br>No. 13-107 | Wake<br>(11CRS209117) | No Error |
| STATE v. MORRIS<br>No. 13-99 | Cleveland<br>(07CRS51155-56) | Affirmed |
| STATE v. NAJJAR<br>No. 13-204 | Guilford<br>(09CRS87053) | No Error |
| STATE v. PEACOCK<br>No. 13-187 | Duplin<br>(11CRS51902) | No Error |
| STATE v. PHILLIPS<br>No. 13-231 | Burke<br>(10CRS1059)<br>(11CRS1164)<br>(11CRS51557)<br>(12CRS14-15) | Judgment arrested<br>in part and<br>remanded for<br>resentencing. |
| STATE v. SHAH<br>No. 13-307 | Cabarrus<br>(09CRS52965) | No plain error |
| STATE v. SMITH<br>No. 13-397 | Columbus<br>(11CRS54182) | No Error |
| STATE v. TOLSON<br>No. 13-121 | Mecklenburg<br>(09CRS259691) | No error;<br>No plain error |
| STATE v. BLANTON<br>No. 12-1517 | Catawba<br>(11CRS3984) | Ineffective<br>assistance of<br>counsel claim<br>denied; no plain<br>error. |